# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 444 |
| | : | |
| ESTABLISHMENT OF | : | JUDICIAL ADMINISTRATION |
| COMMITTEE ON COURT | : | |
| REPORTING AND | : | DOCKET |
| TRANSCRIPTS AND | : | |
| APPOINTMENT OF INITIAL | : | |
| MEMBERS | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 12th day of May, 2015, it is **ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania, that the Court establishes the Committee on Court Reporting and Transcripts.

The Committee shall consist of the following members appointed by the Supreme Court of Pennsylvania, one of whom shall be designated as Chair and one of whom shall be designated as Vice-Chair:

(1)     One representative of the Superior Court of Pennsylvania;

(2)     One representative of the Commonwealth Court of Pennsylvania;

(3)     Two president judges of the courts of common pleas chosen from among the judicial districts of the Commonwealth;

(4)     The district court administrator of the Philadelphia County Court of Common Pleas;

(5)     The district court administrator of the Allegheny County Court of Common Pleas;

(6)     Two district court administrators chosen from among the judicial districts of the Commonwealth other than Philadelphia and Allegheny;

(7)     Two providers of court reporting services representing the various methods currently in usage within Pennsylvania; and

(8)     Two members of the Pennsylvania Bar.

Initial appointments shall be for one-, two- or three-year terms, and these members may serve one additional three-year term.   Thereafter appointments shall be for three years and members shall serve no more than two consecutive three-year terms.  A replacement appointee shall serve for the balance of the unexpired term.

The Committee shall review current rules and practices, and, upon concurrence of the Court Administrator, recommend revisions to the Uniform Rules Governing Court Reporting and Transcripts.  The Administrative Office shall provide staff support to the Committee.

The initial Committee members and their terms are as follows:

Term expiring June 1, 2016:

The Honorable Stephen G. Baratta
President Judge, Court of Common Pleas of Northampton County

Joseph H. Evers
District Court Administrator, Philadelphia County

Joseph D. Seletyn, Esq.
Prothonotary, Superior Court of Pennsylvania

Kristin W. Brown, Esq.
Prothonotary, Commonwealth Court of Pennsylvania

Term expiring June 1, 2017:

The Honorable Maureen A. Skerda
President Judge, Court of Common Pleas of Warren & Forest Counties

Gerald C. Montella, Esq.
District Court Administrator, Delaware County

Cheryl Hansberry
Official Court Reporter, Dauphin County

Samuel Milkes, Esq.

Term expiring June 1, 2018:

Claire C. Capristo, Esq.
District Court Administrator, Allegheny County

Tami B. Kline
District Court Administrator, Columbia & Montour Counties

Melissa Keating
Court Reporter, Mercer County

Chena L. Glenn-Hart, Esq.

The Honorable Stephen Baratta is hereby designated as Chair, and Chena Glenn-Hart is designated as Vice-Chair, of the Committee.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.